Joseph HART, Jr.; Mary F. Hart, Wife, Plaintiffs–Appellants,

v.

The FISHER LAW GROUP (PLCC), et al, Defendant–Appellee.

No. 03–1031.

United States Court of Appeals, Fourth Circuit.

Submitted April 24, 2003.

Decided May 2, 2003.

Joseph Hart, Jr., Mary F. Hart, Appellants Pro Se. Martin Stuart Goldberg, The Fisher Law Group, Upper Marlboro, Maryland, for Appellee.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Joseph and Mary Hart appeal from the district court's order dismissing their complaint sua sponte for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we affirm. We also deny Appellants' motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately

presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*